

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-20-00155-CR

Juan **KELA** Jr.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 623424
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant has filed a motion requesting additional time to pay or arrange payment with the court reporter. The motion states appellant is indigent, is unable to afford the costs of the reporter's record, and has filed a motion for a copy of the appellate record in the trial court.

We order appellant's counsel, Daniel De La Garza, to notify this court if and when the trial court rules on appellant's motion for the record on appeal. If the trial court grants appellant's motion for the reporter's record, the court reporter, Michael Stachowitz, is **ordered** to file the reporter's record within 30 days of the trial court order granting appellant's motion

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court